DON SPRINGMEYER, ESQ. (#1021)
d.springmeyer@kempjones.com
NATHANAEL R. RULIS, ESQ. (#11259)
n.rulis@kempjones.com
CHAD R. ARONSON, ESQ. (#14471)
c.aronson@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

CLARISSE YOUNG SHUMAKER (pro hac vice)
youngshumaker@smcounsel.com
LISA HIRAIDE (pro hac vice)
hiraide@smcounsel.com
BRETT J. WASSERMAN (pro hac vice)
wasserman@smcounsel.com
SHUMAKER MALLORY LLP
333 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
**Mailing Address:**
1 Ringbit Road West
Rolling Hills, California 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCKETFUEL BLOCKCHAIN, INC., a Nevada corporation; and ROCKETFUEL BLOCKCHAIN COMPANY, a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH PAGE, an individual; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:21-cv-00103-KJD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO EXTEND DISCOVERY AND MODIFY DISCOVERY PLAN AND SCHEDULE**<br><br>**(First Request)** |

1

|   |   |
|---|---|
| JOSEPH PAGE, an individual, | |
| Counterclaimant, | |
| vs. | |
| ROCKETFUEL BLOCKCHAIN, INC., a Nevada corporation; and ROCKETFUEL BLOCKCHAIN COMPANY, a Nevada Corporation, *et al.*, | |
| Counterdefendants. | |

Plaintiffs RocketFuel Blockchain, Inc. and RocketFuel Blockchain Company ("Plaintiffs"), and Defendant Joseph Page ("Defendant") (collectively "the Parties") hereby stipulate and agree as follows:

1. Defendant filed a Motion to Extend Discovery and Modify Discovery Plan and Schedule on October 1, 2021 ("Motion to Extend Discovery"), (ECF No. 82).

2. Plaintiffs' deadline to file an Opposition to the Motion to Extend Discovery is presently October 15, 2021.

3. Since the time Defendant filed the Motion to Extend Discovery, the Parties have engaged in extensive, good-faith negotiations in an effort to resolve this matter without further intervention from this Court.

4. As a result of these negotiations, the Parties are presently in the process of finalizing and executing a written agreement to resolve this matter in its entirety.

5. In light of the foregoing, the Parties stipulate and agree to extend Plaintiffs' deadline to oppose the Motion to Extend Discovery by fourteen (14) days, from October 15, 2021 to October 29, 2021.

///
///
///

2

6. The Parties further stipulate and agree that the deadline for Defendant's Reply in Support of the Motion to Extend Discovery shall be (7) days from the filing of Plaintiffs' Opposition to the Motion to Extend Discovery.

7. This stipulation is made in good faith and not in an attempt to delay proceedings.

DATED this 12th day of October, 2021                DATED this 12th day of October, 2021

**For Plaintiffs**                                   **For Defendant**

KEMP JONES, LLP

_____                   _____
Don Springmeyer, Esq. (#1021)                        Joseph Page
Nathanael R. Rulis, Esq. (#11259)
Chad R. Aronson, Esq. (#14471)
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, NV 89169


SHUMAKER MALLORY LLP
Clarisse Young Shumaker (pro hac vice)
Lisa Hiraide (pro hac vice)
Brett J. Wasserman (pro hac vice)
333 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
Mailing Address:
1 Ringbit Road West

Rolling Hills, California 90274

*Counsel for Plaintiffs*


**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 14, 2021

3