1

2

3

4                              UNITED STATES DISTRICT COURT

5                                   DISTRICT OF NEVADA

6                                          * * *

7    ROCKETFUEL BLOCKCHAIN, INC., a          Case No. 2:21-cv-00103-KJD-EJY
     Nevada corporation; and ROCKETFUEL                 2:21-cv-02002-APG-BNW
8    BLOCKCHAIN COMPANY, a Nevada
     corporation,                            **ORDER REASSIGNING RELATED
9                                                      ACTION**
                                Plaintiffs,
10

11           v.

12   JOSEPH PAGE, an individual; and DOES 1
     THROUGH 10 inclusive,
13
                                Defendants.

14          Recently, Defendant Joseph Page ("Page") filed a related action against the attorneys and

15   law firm that represent Plaintiffs in this case. The case was assigned to Judge Gordon and the

16   defendants filed a notice of related cases. Local Rule 42-1 governs related actions and gives five

17   instances in which cases are found to be related. Page's new claim involves similar parties and

18   alleges that they broke the law when they filed the original suit against him. The Court finds that

19   both actions involve similar questions of fact, that reassigning the new case would lead to a

20   substantial saving of judicial effort, and permitting the new case to proceed in front of Judge

21   Gordon would lead to a substantial duplication of labor. Therefore, Page's recently filed action,

22   shall be reassigned to Judge Dawson. If the parties wish to consolidate the issues for purposes of

23   discovery, they may file a motion to do so.

24   //

25   //

26   //

27   //

28   //

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's case, numbered 2:21-cv-02002-

2  APG-BNW is reassigned to Judge Dawson.

3  Dated this 3rd day of December, 2021.

4

5    _____

   Kent J. Dawson

6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -