DON SPRINGMEYER, ESQ. (#1021)
d.springmeyer@kempjones.com
NATHANAEL R. RULIS, ESQ. (#11259)
n.rulis@kempjones.com
CHAD R. ARONSON, ESQ. (#14471)
c.aronson@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

CLARISSE YOUNG SHUMAKER (pro hac vice)
youngshumaker@smcounsel.com
LISA HIRAIDE (pro hac vice)
hiraide@smcounsel.com
BRETT J. WASSERMAN (pro hac vice)
wasserman@smcounsel.com
SHUMAKER MALLORY LLP
333 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
**Mailing Address:**
1 Ringbit Road West
Rolling Hills, California 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCKETFUEL BLOCKCHAIN, INC., a Nevada corporation; and ROCKETFUEL BLOCKCHAIN COMPANY, a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH PAGE, an individual; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:21-cv-00103-KJD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

JOSEPH PAGE, an individual,

    Counterclaimant,

vs.

ROCKETFUEL BLOCKCHAIN, INC., a Nevada corporation; and ROCKETFUEL BLOCKCHAIN COMPANY, a Nevada Corporation, *et al.*,

    Counterdefendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Plaintiffs Rocketfuel Blockchain, Inc. and Rocketfuel Blockchain Company and Defendant Joseph Page (collectively the "Parties"), that the above-entitled action, including any and all claims, counter-claims, cross-claims and third-party claims previously raised in this action be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that Case No.: 2:21-cv-00103-KJD-EJY be dismissed with prejudice and that the Court retain jurisdiction to enforce the terms of their settlement as described on the Court record on June 7, 2022 and also identified in the Parties signed settlement agreement.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own attorneys' fees and costs.

DATED this __14th__ day of June, 2022    DATED this __14th__ day of June, 2022.

**For Plaintiffs**                          **For Defendant**

KEMP JONES, LLP

/s/ Nathanael Rulis                         /s/ Joseph Page
Don Springmeyer, Esq. (#1021)               JOSEPH PAGE
Nathanael R. Rulis, Esq. (#11259)
Chad R. Aronson, Esq. (#14471)

SHUMAKER MALLORY LLP
Clarisse Young Shumaker (pro hac vice)
Lisa Hiraide (pro hac vice)
Brett J. Wasserman (pro hac vice)
333 S. Grand Avenue, Suite 3400
Los Angeles, California 90071
Mailing Address:
1 Ringbit Road West
Rolling Hills, California 90274
*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED 6/15/2022

3